IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH KNAUSS | : | CIVIL ACTION |
| v. | : | No. 11-6422 |
| ROBERT LEE STEINBURG, et al. | : | |

**ORDER**

AND NOW, this 20th day of May, 2013, upon careful and independent consideration of Petitioner Joseph Knauss's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is ORDERED:

1. Knauss's objections to the Report and Recommendation are OVERRULED;[1]

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED without prejudice; and

4. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to mark this case as CLOSED.

BY THE COURT:

\_\_\_/s/ Juan R. Sánchez_____
Juan R. Sánchez

---

[1] Petitioner Joseph Knauss objected to the Report and Recommendation on the grounds that he is entitled to diplomatic immunity. He claims his rights under the Sovereign Diplomatic Relations Act are being violated. The Court presumes he is referring to the Diplomatic Relations Act of 1978, 28 U.S.C. § 252 et seq. This statute has been repealed, and furthermore, Knauss is not entitled to diplomatic immunity under any standard.